JS - 6

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10
KEVIN LeJON BAKER,                    )      Case No. EDCV 09-1664-JHN  (OP)
11                                     )
                                       )      J U D G M E N T
12                  Petitioner,        )
                                       )
13           v.                        )
                                       )
14   MATTHEW CATE,Warden,              )
                                       )
15                                     )
                    Respondent.        )
16   _____)

17          Pursuant to the Order Adopting Findings, Conclusions, and Recommendations

18   of the United States Magistrate Judge,

19          IT IS ADJUDGED that the Petition is denied and this action is dismissed with

20   prejudice.

21

22   DATED: November 2, 2010          _____
                                       HONORABLE JACQUELINE H. NGUYEN
23                                     United States District Judge

24
     Prepared by:
25

26
     _____
27   HONORABLE OSWALD PARADA
28   United States Magistrate Judge